IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  11-21149-CIV-UNGARO

JENNIFER KOSINSKI,

       Plaintiff,

    v.

SQUARE ONE ENTERTAINMENT, INC.
et al.,

       Defendants.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jennifer Kosinski and Defendants Square One Entertainment, Inc. and Offer Vince Shlomi all hereby stipulate to dismissal with prejudice of this action.

Dated: September 16, 2011

| | |
|---|---|
| RUSSOMANNO & BORRELLO, P.A. | SCHLESINGER AND COTZEN, P.L. |
| Counsel for Defendants | Counsel for Plaintiff |
| Museum Tower – Penthouse 2800 | 799 BrickellPlaza, Suite 700 |
| 150 West Flagler Street | Miami, FL33131 |
| Miami, FL 33130 | Phone:  305-373-8993 |
| Phone:  305-373-2101 | Facsimile:  305-373-8098 |
| Facsimile:  305-373-2103 | Email:  mc@scflalaw.com |
| By: /s/ Herman J. Russomanno III | By: /s/ Michael L. Cotzen |
| Herman J. Russomanno | Michael L. Cotzen, Esq. |
| Florida Bar No. 240346 | Fla.Bar No. 166472 |
| hrussomanno@russomanno.com | |
| Herman J. Russomanno, III | |
| Florida Bar No. 21249 | |
| Herman2@russomanno.com | |

Maurice Baskin, Esq. (pro hac vice)
VENABLE, LLP
Co-Counsel for Defendants
575 7th Street N.W.
Washington, D.C. 20004-1601
Phone:  202-344-4823
Facsimile:  202-344-8300

1

CASE NO.: 11-21149

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of September 2011, a copy of the foregoing Joint Stipulation of Dismissal With Prejudice was served via the Court's electronic filing system upon all counsel of record.

> SCHLESINGER AND COTZEN, P.L.
> Counsel for Plaintiff
> 799 BrickellPlaza, Suite 700
> Miami, FL33131
> Phone:  305-373-8993
> Facsimile:  305-373-8098
> Email:  mc@scflalaw.com
>
> By:  /s/ Michael L. Cotzen
> Michael L. Cotzen, Esq.
> Fla.Bar No. 166472